UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED:  7/6/2022                │
└─────────────────────────────────────┘
```

GADI BRAUDE,

                Petitioner,

     v.

DORONA MIA ZIERLER,

               Respondent.

22 CV 3586 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

On May 4, 2022, Gadi Braude ("Petitioner") filed a Petition for Return of Children to Canada pursuant to the Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980, and the International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq.* (ECF No. 5.) The Court has scheduled an evidentiary hearing beginning July 11, 2022. Accordingly, it is hereby ORDERED that the parties file witness lists and exhibits lists on the docket by Friday, July 8, 2022. The witness lists should indicate whether the potential witness will be testifying in person or by video. The parties are also directed to provide the Court with two binders of pre-marked, tabbed exhibits (Petitioner utilizing a numerical system and Respondent utilizing an alphabetical system) on Monday, July 11, 2022.

Dated:   July 6, 2022                      SO ORDERED:
         White Plains, New York

_____
            NELSON S. ROMÁN
         United States District Judge