**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GADI BRAUDE,

                    Petitioner,

   -against-                                         22 **CIVIL** 3586 (NSR)

                                                     **JUDGMENT**

DORONA MIA ZIERLER,

                    Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 29, 2022, Petitioner's request for relief under the Hague Convention is DENIED. The petition is dismissed, and each party shall bear its own costs. The Court's prohibition on the removal of the children from this district during the pendency of this action is hereby lifted. Judgment is entered in favor of the Respondent; accordingly, the case is closed.

**Dated:**  New York, New York

       August 1, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                           **BY:**   *K. Mango*

                                                       **Deputy Clerk**