UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/14/2022
```

GADI BRAUDE,

                Petitioner,

v.

DORONA MIA ZIERLER,

                Respondent.

22 CV 03586 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On September 12, 2022, Petitioner Gadi Braude ("Petitioner" or "the Father"), *pro se*, filed a late Notice of Appeal from the Court's July 29, 2022 Order and Opinion denying Petitioner's request for relief under the Hague Convention. (*See* ECF No. 55.) Judgment was entered on August 1, 2022 (ECF No. 49), and Petitioner had thirty days thereafter to timely file his Notice of Appeal. *See* Fed. R. App. P. 4(a)(1)(A). However, Petitioner also filed a letter, entered on the docket on September 12, 2022, which states, *inter alia,* that "I first sent my appeal to you 8/23/22 not realizing that there were underscores in between the words." (*See* ECF No. 54.)

    In light of Petitioner's letter, and considering Petitioner's *pro se* status, the Court deems, pursuant to Fed. R. App. P. 4(a)(5), the notice of appeal as timely filed *nunc pro tunc* to August 31, 2022.

Dated: December 14, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE